LAW OFFICES

# PARKOWSKI, GUERKE & SWAYZE

PROFESSIONAL ASSOCIATION

800 KING STREET, SUITE 203
WILMINGTON, DELAWARE 19801
302-654-3300
FAX: 302-654-3033

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

WRITER'S DIRECT DIAL:
(302) 594-3333

DOVER OFFICE
116 W. WATER STREET
PO BOX 598
DOVER, DE  19903-0598
302-678-3262
FAX: 302-678-9415

October 20, 2004

**BY ELECTRONIC FILING**

Ms. Deborah Krett, Case Manager
United States District Court
Lockbox 27
844 King Street
Wilmington, DE  19801

**RE:   Kamara v. Michael Funding, LLC**
      **C.A. No. 04-705 JJF**

Dear Case Manager Krett:

Our motion to dismiss the above-captioned case was filed on January 12, 2005 together with the opening brief and appendix.  The docket notes that the answering brief was due on January 26, 2005.  In the absence of an answering brief, our reply brief submission was filed on February 2, 2005.  An untimely and non-conforming answering brief was docketed on February 28, 2005.

The matter appears to be ripe for consideration.  We appreciate the Court's consideration.

Yours very truly,

MICHAEL W. ARRINGTON

MWA:s
cc:    James M. Kamara (by US Mail)
*f:\apps\wpdocs\mwa\michael funding\judge10.doc*