IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES M. KAMARA,                :
                                :
        Plaintiff,              :
                                :
    v.                          : Civil Action No. 04-0705 JJF
                                :
MICHAEL FUNDING, LLC,           :
                                :
        Defendant.              :

## O R D E R

At Wilmington this 2 day of August 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6) (D.I. 16) filed by Defendant Michael Funding, LLC is **GRANTED**. Accordingly, Counts I through XIV, Counts XVI through XVIII, Count XX, and Counts XXIV through XXVI in the Complaint (D.I. 1) are dismissed.

_____
UNITED STATES DISTRICT JUDGE