IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES M. KAMARA,                :
                                :
        Plaintiff,              :
                                :
    v.                          : Civil Action No. 04-0705 JJF
                                :
MICHAEL FUNDING, LLC,           :
                                :
        Defendant.              :

### O R D E R

WHEREAS, on August 2, 2005, the Court entered a Memorandum Opinion (D.I. 21) and Order (D.I. 22) in the above-captioned matter;

WHEREAS, the Memorandum Opinion and Order incorrectly referred to D.I. 16 when identifying the Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6) filed by Defendant Michael Funding;

NOW THEREFORE, IT IS HEREBY ORDERED that the Memorandum Opinion (D.I. 21) and Order (D.I. 22) are amended to read: the Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(6) (D.I. 15) filed by Defendant Michael Funding.

August 3, 2005                                  *Joseph J. Farnan, Jr.*
    DATE                                     UNITED STATES DISTRICT JUDGE