UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. KAMARA, | ) |
| | ) |
| Plaintiff, | )   C.A. No. 04-705 JJF |
| | ) |
| v. | ) |
| | ) |
| MICHAEL FUNDING, LLC, a Limited Liability | ) |
| Company of the State of New York, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, MICHAEL W. ARRINGTON, HEREBY CERTIFY that on this 10th day of August, A.D., 2005, a true and correct copy of the Defendant's Notice of Service of Defendant's First Set of Interrogatories directed to Plaintiff was served upon the opposing party by the following means:

**First Class Mail, Postage Prepaid**
James M. Kamara
164 S. Main Street
Smyrna, DE  19977

PARKOWSKI, GUERKE & SWAYZE, P.A.


            /s/ Michael W. Arrington
By:    Michael W. Arrington, Esquire (#3603)
       800 King Street, Suite 203
       Wilmington, DE  19801
       (302) 654-3300
       *Attorneys for Defendant*