LAW OFFICES

# PARKOWSKI, GUERKE & SWAYZE

PROFESSIONAL ASSOCIATION

800 KING STREET, SUITE 203
WILMINGTON, DELAWARE 19801
302-654-3300
FAX: 302-654-3033

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

WRITER'S DIRECT DIAL:
(302) 594-3333

DOVER OFFICE
116 W. WATER STREET
PO BOX 598
DOVER, DE 19903-0598
302-678-3262
FAX: 302-678-9415

November 22, 2005

**BY E-FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
Lockbox 27
844 King Street
Wilmington, DE 19801

**RE:   Kamara v. Michael Funding, LLC**

Dear Judge Farnan:

By letter of November 2, 2005, the Court directed the Plaintiff and counsel to confer and submit a Proposed Pretrial Scheduling Order on or before Monday, November 21, 2005. On August 10, 2005, subsequent to the Court's dismissal of twenty-four of twenty-six the Plaintiff's counts, we served interrogatories on the Plaintiff addressing the two remaining counts. No answer was ever received. In the absence of any contact from the Plaintiff concerning the interrogatories or the second proposed scheduling order, we sent the attached letter to the Plaintiff requesting his information. This baseless action has cost our client thousands of dollars.

We respectfully suggest that the Plaintiff's repeated non-response to directives of the Court and properly served discovery requests merits *sua sponte* dismissal for failure to prosecute.

Yours very truly,

*[signature]*

MICHAEL W. ARRINGTON

MWA:s
Enclosure
cc:   James M. Kamara
      Clerk, U.S. District Court

f:\apps\wpdocs\mwa\michael funding\judge11.doc