LAW OFFICES

# PARKOWSKI, GUERKE & SWAYZE

PROFESSIONAL ASSOCIATION

800 KING STREET, SUITE 203
WILMINGTON, DELAWARE 19801
302-654-3300
FAX: 302-654-3033

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

WRITER'S DIRECT DIAL:
(302) 594-3333

DOVER OFFICE
116 W. WATER STREET
PO BOX 598
DOVER, DE 19903-0598
302-678-3262
FAX: 302-678-9415

November 15, 2005

James M. Kamara
164 S. Main Street
Smyrna, DE 19977

RE:  *Kamara v. Michael Funding, LLC*
     *Civil Action No. 04-705 (JJF)*

Dear Mr. Kamara:

On November 2, 2005, Judge Farnan sent you a letter concerning the scheduling of the two remaining claims in your case against our client, Michael Funding, LLC. The letter requested that you confer with us on a proposed scheduling order. We have not heard from you to date concerning the Judge's request.

On August 10, 2005, you were served with the Defendant's First Set of Interrogatories asking for answers under oath to questions concerning the basis of your two remaining counts. The answers were due to us on or before September 9, 2005. We have not received an answer to those interrogatories to date. An additional copy is enclosed with this letter. Please answer the questions under oath and return it to me without further delay.

If we do not hear from you on or before Friday, November 18, 2005, we will file a letter, together with our prior correspondence, with the Court requesting dismissal for failure to prosecute.

Yours very truly,

MICHAEL W. ARRINGTON

MWA:s
Enclosure (Additional Copy of Interrogatories)
cc:    Michael Funding, LLC

EXHIBIT A