JAMES M.KAMARA
P.O.BOX 448, SMYRNA DE 19977
302-632-6920

December 12, 2005



Michael W Arrington
800 King Street, Suite 203
Wilmington, DE 19801

RE: Kamara v. Michael Funding, LLC
Civil Action No. 04-705 (JJF)

Dear Judge Farnan,

I received a letter from Mr. Michael Arrington dated November 15,2005, on December 11, 2005 from my previous address, because I change my address on June 3, 2005. In this letter Mr. Arrington said you send me a letter concerning scheduling of the two remaining claims against his client. I did not receive a letter from you.

Please note that Mr. Arrington has not served me with any document concerning this case, beside this letter I received from my previous address dated November 15, 2005. He may have sent a document to my previous address, which was not given to me.

I will follow up with the court, and respond to your request as soon as possible.

My New Address is: P.O.BOX 448,Smyrna DE 19977

Yours very truly,

James Kamara

Cc: Michael W.Arrington

JAMESM.KAMARA
P.O.BOX 448, SMYRNA DE 19977
302-632-6920


December 12, 2005


Michael W Arrington
800 King Street, Suite 203
Wilmington, DE 19801


RE: Kamara v. Michael Funding, LLC
Civil Action No. 04-705 (JJF)


I received your letter dated November 11, 2005 on December 11, 2005. Please note that I have not received any of your previous communication because I change my address as of June 3, 2006, Therefore I am requesting you forward all communication to my P.O.Box448, Smyrna DE 19977. You can also contact me by telephone at 302-632-6920. If need be.


Yours very truly,

James Kamara


Cc: Judge Joseph J. Farnan ,Jr.