UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. KAMARA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL FUNDING, LLC, a Limited Liability )<br>Company of the State of New York, )<br>)<br>Defendant. )<br>) | C.A. No. 04-705 JJF |

**AMENDED CERTIFICATE OF SERVICE**

I, MICHAEL W. ARRINGTON, HEREBY CERTIFY that on this 14th day of December, A.D., 2005, a true and correct copy of the Defendant's First Set of Interrogatories directed to Plaintiff was served upon the opposing party by the following means:

**First Class Mail, Postage Prepaid**
James M. Kamara
PO Box 448
Smyrna, DE  19977

                                  PARKOWSKI, GUERKE & SWAYZE, P.A.

By:   Michael W. Arrington, Esquire (#3603)
        800 King Street, Suite 203
        Wilmington, DE  19801
        (302) 654-3300
        *Attorneys for Defendant*