LAW OFFICES

# PARKOWSKI, GUERKE & SWAYZE
**PROFESSIONAL ASSOCIATION**

800 KING STREET, SUITE 203
WILMINGTON, DELAWARE 19801
302-654-3300
FAX: 302-654-3033

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

DOVER OFFICE
116 W. WATER STREET
PO BOX 598
DOVER, DE 19903-0598
302-678-3262
FAX: 302-678-9415

WRITER'S DIRECT DIAL:
(302) 594-3333

February 2, 2006

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
Lockbox 27
844 King Street
Wilmington, DE 19801

    *RE:*    Kamara v. Michael Funding, LLC
            C.A. No. 04-705 JJF

Dear Judge Farnan:

On December 12, 2005, Plaintiff Kamara wrote the Court alleging that he had not received our interrogatories and provided the Court with an updated address. On December 14, 2005, we served the attached interrogatories at the address that he provided. Mr. Kamara's refusal to respond or to answer the interrogatories is a continuation of his misuse of the system, including his refusal to answer prior interrogatories, to appear for a noticed deposition, to respond to communications concerning a proposed scheduling order, to timely file a response to a motion to dismiss, and to submit a cognizable answering brief. Our client has incurred multiple thousands of dollars of defense of this matter due to the Plaintiff's conduct.

We respectfully renew our suggestion that the Plaintiff's repeated non-response to directives of the Court, properly served discovery requests, and court rules merits *sua sponte* dismissal for failure to prosecute, as additional filing would incur further financial detriment to our client.

                              Yours very truly,

                              MICHAEL W. ARRINGTON

MWA:s
Enclosure
cc:    James M. Kamara
        Clerk, U.S. District Court

*f:\apps\wpdocs\mwa\michael funding\judge 060202.doc*