UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. KAMARA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MICHAEL FUNDING, LLC, a Limited Liability )<br>Company of the State of New York,  )<br>)<br>Defendant.  )<br>) | C.A. No. 04-705 JJF |

**AMENDED CERTIFICATE OF SERVICE**

I, MICHAEL W. ARRINGTON, HEREBY CERTIFY that on this 14th day of December, A.D., 2005, a true and correct copy of the Defendant's First Set of Interrogatories directed to Plaintiff was served upon the opposing party by the following means:

**First Class Mail, Postage Prepaid**
James M. Kamara
PO Box 448
Smyrna, DE 19977

                                            PARKOWSKI, GUERKE & SWAYZE, P.A.

                              By:   Michael W. Arrington, Esquire (#3603)
                                          800 King Street, Suite 203
                                          Wilmington, DE 19801
                                          (302) 654-3300
                                          *Attorneys for Defendant*