IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES KAMARA,                    :
                                 :
        Plaintiff,               :
                                 :
    v.                           : Civil Action No. 04-705 JJF
                                 :
MICHAEL FUNDING LLC,             :
                                 :
        Defendant.               :

## ORDER

WHEREAS, Defendant's Motion to Dismiss has been granted as to claims 1-14, 16-18, 20, 24-26, and not granted as to claims 15, 19, 21, 22, 23 and 27 (D.I. 21, 22, 23);

WHEREAS, the parties have not been able to meet and confer regarding a proposed scheduling order in this matter (D.I. 26, 27);

WHEREAS, discovery will be necessary on the remaining claims;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Exchange and completion of all discovery, fact and expert, shall be completed by **May 1, 2006**;

    (a) maximum of **25** interrogatories by each party to any other party;

    (b) maximum of **10** requests for admission by each party to any other party;

    (c) maximum of **4** depositions by plaintiff and 4 by defendant.

2) No motions for summary judgment may be filed until after a post discovery conference which will be held on **May 4, 2006 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

3) Counsel for Defendant shall notify the Court immediately if unable to contact Plaintiff at the address provided to the Court by Plaintiff on December 15, 2005.

February 3, 2006
DATE

UNITED STATES DISTRICT JUDGE