## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

February 6, 2006

Michael W. Arrington, Esquire
Parkowski, Guerke & Swayze, P.A.
800 King Street, Suite 203
Wilmington, DE 19801

RE: Kamara v. Michael Funding LLC
Civil Action No. 04-705 JJF

Dear Mr. Arrington:

The Court is in receipt of your February 2, 2006 letter suggesting a *sua sponte* dismissal of the above action for failure to prosecute.

All cases assigned to this Court are reviewed periodically as to status. In accordance with District of Delaware Local Rule 41.1, in cases pending wherein no action has been taken for a period of 3 months, after reasonable notice, it is in this Court's discretion to *sua sponte* dismiss the action for failure to prosecute. Further, the Third Circuit has enumerated several factors relevant to a district court's exercise of discretion when dismissing cases for failure to prosecute: "(1) the extent of the party's personal responsibility; (2) the prejudice to the adversary; (3) a history of dilatoriness; (4) willful conduct; (5) alternative sanctions; and (6) the meritoriousness of the claim." Poulis v. State Farm Fire and Cas. Co., 747 F.2d 863, 868 (3d Cir. 1984).

In the instant action, certain claims have survived a motion to dismiss. Additionally, the Plaintiff, James Kamara, filed a letter on December 13, 2005, notifying counsel and the Court of a change of address. Plaintiff states that he had not received correspondence from the Court or from counsel due to the change of address. Therefore, the Court finds that the December 13, 2005 letter shows a willingness, by the Plaintiff, to proceed with his claims. At this stage, the Court finds that the Poulis standards for discretionary dismissal have not been met and therefore, the Court will deny Plaintiff's request for *sua sponte* dismissal.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk

cc: James Kamara
    Clerk, U.S. District Court