JAMESM.KAMARA
P.O.BOX 448,SMYRNA DE 19977
302-632-6920

February 11, 2006

The Honorable Joseph J. Farnan, Jr.
United States DistrictCourt
Lockbox 27
844 King Street
Wilmington, DE 19801

RE: Kamara v. Michael Funding, LLC
    C.A. No. 04-705 JJF

Dear Judge Farnan,

On December 19,2006, I responded to the Defendant interrogatories dated August 9, 2005. Enclosed you will find copy of my response. As of January 3, to February 7, 2006 I have been traveling. I received the defendant's two letters after my return on February 8,2006. One of the letters was dated February 2, 2996 and the other February 6, 2006.

However, based on the content of his communications, I assumed he did not received my response. I am again sending him a copy for the 2nd time.

JAMESM.KAMARA
P.O.BOX448, SMYRNA DE 19977
302-632-6920

Enclosed
Cc: Michael W.Arrington