UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. KAMARA,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL FUNDING, LLC, a Limited Liability Company of the State of New York,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-705 JJF |

**CERTIFICATE OF SERVICE**

      I, MICHAEL W. ARRINGTON, HEREBY CERTIFY that on this 1st day of March, A.D., 2006, a true and correct copy of the Defendant's Answers to First Set of Interrogatories directed to Plaintiff was served upon the opposing party by the following means:

**First Class Mail, Postage Prepaid**
James M. Kamara
PO Box 448
Smyrna, DE  19977

                                PARKOWSKI, GUERKE & SWAYZE, P.A.

                                      /s/ Michael W. Arrington (#3603)
                By:   Michael W. Arrington, Esquire (#3603)
                        800 King Street, Suite 203
                        Wilmington, DE  19801
                        (302) 654-3300
                        *Attorneys for Defendant*