UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. KAMARA, ) | |
| ) | C.A. No. 04-705 JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL FUNDING, LLC, a Limited Liability ) | |
| Company of the State of New York, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT MICHAEL FUNDING, LLC'S MOTION TO COMPEL PLAINTIFF'S ANSWERS TO INTERROGATORIES AND RULE 26(a) INITIAL DISCLOSURES**

COMES NOW THE DEFENDANT, Michael Funding, LLC, by and through its counsel, Parkowski, Guerke & Swayze, P.A., pursuant to Federal Rule of Civil Procedure 37 and hereby moves this honorable Court for an Order compelling Plaintiff to answer the Defendant's First Set of Interrogatories Directed to Plaintiff and to provide the required initial disclosures under Rule 26(a), together with an award of attorney's fees in connection with this Motion. In support of its motion, Defendant states as follows:

1. On October 14, 2004, Defendant served the Defendant's Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Plaintiff has failed to file the required Initial Disclosures despite multiple demands therefor.

2. On August 10, 2005, Defendant served Plaintiff, by first class mail to the address in Plaintiff's pleadings, with Defendant's First Set of Interrogatories Directed to Plaintiff.

3. On December 13, 2005, Plaintiff informed Defendant's counsel and the Court that Plaintiff receives mail at PO Box 448, Smyrna, Delaware 19977.

  4. On December 13, 2005, Defendant served Plaintiff, by first class mail to the post office box address provided by Plaintiff, with Defendant's First Set of Interrogatories Directed to Plaintiff.  A copy of said interrogatories are attached hereto as Exhibit "A" and incorporated by reference herein.

  5. On February 15, 2006, Plaintiff served Defendant with a document titled "Response to Defendant's Interrogatories" that neither answered any interrogatory nor was verified as required by Rule 33(b) of the Federal Rules of Civil Procedure.  A copy of the "Response to Defendant's Interrogatories" is attached hereto as Exhibit "B" and incorporated by reference herein.

  6. On February 15, 2006, Defendant's Counsel sent a letter to Plaintiff informing him of the deficiencies and requesting the initial disclosures and answers to the interrogatories by February 22, 2006, in the absence of which a Motion to Compel would be filed.  A copy of the February 15, 2006 letter from Defendant's Counsel to Plaintiff is attached hereto as Exhibit "C" and incorporated by reference herein.

  7. Plaintiff failed to provide any response, disclosure, or answer by February 22, 2006.

  8. On February 23, 2006, Defendant's Counsel sent a letter to Plaintiff with "FINAL ATTEMPT AT GOOD FAITH RESOLUTION" in the caption, informing Plaintiff that a Motion to Compel would be filed unless Plaintiff contacted Defendant's Counsel by noon on February 28, 2006.  The letter demanded production of the initial disclosures and answers to the interrogatories.  A copy of the February 23, 2006, Final Attempt at Good Faith Resolution letter is attached hereto as Exhibit "D" and incorporated by reference herein.

9.  Plaintiff failed to provide any response, disclosure, or answer by February 28, 2006.

10. The undersigned hereby certifies that multiple good faith efforts were made to obtain the required disclosures and answers to interrogatories without the need to file the instant motion to compel.

11. Plaintiff's refusal to provide the initial disclosures and answers to the interrogatories is a continued abuse of the system which includes failure to provide timely responses to motions, to provide a timely conforming answering brief, and to appear for a properly noticed deposition.

WHEREFORE, Defendant respectfully requests that the Court issue an Order compelling Plaintiff to produce the required initial disclosures, to answer the Defendant's First Set of Interrogatories Directed to Plaintiff, and to pay Defendant's attorney's fees pursuant to Rule 37(a)(4)(A).

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: /s/Michael W. Arrington (#3603)
Michael W. Arrington, Esquire (#3603)
800 King Street, Suite 203
Wilmington, DE 19801
(302) 654-3300
*Attorneys for Michael Funding, LLC*

DATED: March 1, 2006