UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. KAMARA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL FUNDING, LLC, a Limited Liability )<br>Company of the State of New York, )<br>)<br>Defendant. )<br>) | C.A. No. 04-705 JJF |

## NOTICE OF MOTION

TO:   James M. Kamara
        PO Box 448
        Smyrna, DE  19977

PLEASE TAKE NOTICE, that the attached Motion to Compel is presented to the

Honorable Joseph J. Farnan, Jr., for consideration at the convenience of the Court.

**PARKOWSKI, GUERKE & SWAYZE, P.A.**

     /s/ Michael W. Arrington (#3603)
MICHAEL W. ARRINGTON, ESQUIRE (#3603)
800 King Street, Suite 203
Wilmington, DE  19801
(302) 654-3300
*Attorneys for Plaintiff*

DATED:  March 1, 2006