THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JAMES M. KAMARA

    PLAINTIFF,

                                                                                                            C.A. No.04-705JJF

V.

MICHAEL FUNDING, LLC, A LIMITED LIABILITY
COMPANY OF THE STATE OF NEW YORK,

    DEFENDANT

### RESPONSE TO DEFENDANT'S INTERROGATORIES

In order to respond to your interrogatories, I am recommending pre-discovery disclosures as is required by Fed. R. Civ. P. 26 (a) (1) and D Del LR 16.2.

It is my right to have all the documents relating the transaction of the property located at 164 S. Main Street, SmyrnaDE19977. After the settlement in October 16, 1998, Michael Funding promised to send me a copy of all the documents Since then, I have not received a single document beside the settlement sheet This is in violation federal laws

Mr. Arrington I am sure you have access to these documents, please forward them to me as soon as possible. Your client is violating federal laws by withholding them from me.

I am requesting all those documents In order to defend myself, Enclosed you will find my request

Your kind consideration will be appreciated

                                                                             JAMES M KAMARA
                                                        P O BOX 448, SMYRNA DE 19977
                                                                          302-632-6920