LAW OFFICES

# PARKOWSKI, GUERKE & SWAYZE
**PROFESSIONAL ASSOCIATION**

800 KING STREET, SUITE 203
WILMINGTON, DELAWARE 19801
302-654-3300
FAX: 302-654-3033

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

WRITER'S DIRECT DIAL:
(302) 594-3333

DOVER OFFICE
116 W. WATER STREET
PO BOX 598
DOVER, DE 19903-0598
302-678-3262
FAX: 302-678-9415

February 15, 2006

James M. Kamara
PO Box 448
Smyrna, DE 19977

> **RE:** **_Kamara v. Michael Funding, LLC_**
> **_Demand for Answers to Interrogatories_**

Dear Mr. Kamara:

We are in receipt of your letter to Judge Farnan, purported "Response to Defendant's Interrogatories, Plaintiff's Request for Production of Documents, and Plaintiff's First Set of Interrogatories.

Your purported "Response to Defendant's Interrogatories" is unacceptable. It does not answer any of the interrogatories, does not have a sworn affidavit, does not present any legal defenses, and does not request any protective order from the Court. You must answer the interrogatories not later than February 22, 2006, or we will be forced to file a motion to compel for which we will be seeking attorney's fees.

We provided the required Rule 26(a)(1) disclosures on October 14, 2004. Attached is a duplicate copy of the form that was mailed to you along with the documents. You may come to our office in Wilmington to examine copies of the documents that were forwarded and may copy them at our standard rate of twenty-five cents per copy. We will not provide you duplicate copies of documents already provided to you.

Conversely, you have not provided a single required document under Rule 26(a)(1). You are requested, for the fourth time, to provide the required disclosures not later than February 22, 2006, or we will be forced to file a motion to compel for which we will be seeking attorney's fees.

James M. Kamara
February 15, 2006
Page 2 of 2

Consistent with Judge Farnan's Order of February 3, 2006, we will provide answers to the first twenty-five interrogatories posed. We will not answer any additional interrogatories absent leave of court. The response to your request for production of documents will be sent within 30 days of service of those requests.

We are aware of your prior attempts to assert Truth In Lending Act claims in the Superior Court of the State of Delaware, C.A. No. 95L-05-008. Consequently, we expect and demand that you comply with proper respect for the Court and the Court rules.

                                                  Yours very truly,

                                                  MICHAEL W. ARRINGTON

MWA:s
Enclosure
cc:     Michael Funding, LLC
*f:\apps\wpdocs\mwa\michael funding\kamara 060215.doc*