LAW OFFICES

# PARKOWSKI, GUERKE & SWAYZE
**PROFESSIONAL ASSOCIATION**

800 KING STREET, SUITE 203
WILMINGTON, DELAWARE 19801
302-654-3300
FAX: 302-654-3033

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

DOVER OFFICE
116 W. WATER STREET
PO BOX 598
DOVER, DE 19903-0598
302-678-3262
FAX: 302-678-9415

WRITER'S DIRECT DIAL:
(302) 594-3333

February 23, 2006

James M. Kamara
PO Box 448
Smyrna, DE 19977

**RE:** *Kamara v. Michael Funding, LLC*
***FINAL ATTEMPT AT GOOD FAITH RESOLUTION***

Dear Mr. Kamara:

Despite our multiple requests for compliance with the Rule 26(a) Initial Disclosures and complete answers to the First Set of Interrogatories Directed to Plaintiff, we have not received any response indicating that you will comply with the Court Rules.

Rule 37 requires that a Movant make good faith attempts to obtain the discovery prior to filing a motion to compel. THIS IS OUR FINAL GOOD FAITH ATTEMPT. If you do not contact me at (302) 654-3300 by noon on February 28, 2006, we will be forced to file a motion to compel production under Rule 26(a) and answers to our interrogatories together with the request for mandatory attorney's fees in connection with the motion.

You are also reminded of your deposition *duces tecum* on March 21, 2006 at 9:00 a.m. in our offices at 800 King Street, Suite 203, Wilmington, Delaware 19801. Enclosed is a duplicate copy of the notice served on February 16, 2006.

Yours very truly,

MICHAEL W. ARRINGTON

MWA:s
Enclosure
cc:    Michael Funding, LLC

*f:\apps\wpdocs\mwa\michael funding\kamara 060223.doc*