UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. KAMARA, | ) |
| | ) C.A. No. 04-705 JJF |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL FUNDING, LLC, a Limited Liability Company of the State of New York, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This _____ day of _____, 2006, upon consideration of the Defendant Michael Funding, LLC's Motion to Compel Answers to Interrogatories and Rule 26(a) Initial Disclosures, IT IS HEREBY ORDERED that Defendant's Motion to Compel is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff shall provide answers to Defendant's First Set of Interrogatories Directed to Plaintiff and Plaintiff's Rule 26(a) Initial Disclosures within two weeks of the date of this Order.

IT IS FURTHER ORDERED that Plantiff reimburse Defendant for its attorney's fees in connection with this Motion to Compel. Counsel for Defendant shall submit an affidavit of attorney's fees within _____ days of this Order.

**Judge**