UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. KAMARA, ) | |
| ) | C.A. No. 04-705 JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL FUNDING, LLC, a Limited Liability ) | |
| Company of the State of New York, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, MICHAEL W. ARRINGTON, ESQUIRE, hereby certify that on the 1st day of March, A.D. 2006 a true and correct copy of the Motion to Compel was sent by first class mail to the following opposing party:

James M. Kamara
PO Box 448
Smyrna, DE  19977

**PARKOWSKI, GUERKE & SWAYZE, P.A.**

/s/Michael W. Arrington (#3603)
MICHAEL W. ARRINGTON, ESQUIRE (#3603)
800 King Street, Suite 203
Wilmington, DE  19801
(302) 654-3300
*Attorneys for Plaintiff*