UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. KAMARA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL FUNDING, LLC, a Limited Liability )<br>Company of the State of New York, )<br>)<br>Defendant. )<br>) | C.A. No. 04-705 JJF |

### NOTICE OF DEPOSITION DUCES TECUM

To:  James M. Kamara
     PO Box 448
     Smyrna, DE  19977

PLEASE TAKE NOTICE that the undersigned will take the oral deposition *duces tecum,* by stenographic means of the Plaintiff, James M. Kamara on Tuesday, March 21, 2006, at 9:00 a.m. in the offices of Parkowski, Guerke & Swayze, P.A., 800 King Street, Suite 203, Wilmington, Delaware 19801.  The deponent shall bring the following documents:

1. All loan documents and papers upon which Plaintiff relies in the claim;
2. All documents evidencing any loan between Plaintiff in his individual capacity and Defendant;
3. All documents which Plaintiff intends to introduce at trial;
4. All documents related to The Money Store/Delaware, Inc. v. Kamara, Superior Court of the State of Delaware, C.A. No. 95L-05-008;
5. All correspondence between Plaintiff and Defendant;
6. Any documents related to foreclosure proceedings by Defendant against Plaintiff;
7. Any documents evidencing payment for the loan dated October 16, 1998, between J.M. Kamara Management Co., Inc. and Defendant.

                                      PARKOWSKI, GUERKE & SWAYZE, P.A.

BY: _____
       MICHAEL W. ARRINGTON, ESQUIRE (#3603)
       800 King Street, Suite 203
       Wilmington, DE  19801
       (302) 654-3300
       *Attorneys for Defendant*

DATED: February 16, 2006
cc:    Love Court Reporting, Inc.