UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. KAMARA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL FUNDING, LLC, a Limited Liability Company of the State of New York,<br><br>        Defendant. | )<br>)<br>)  C.A. No. 04-705 JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:   James M. Kamara
      P.O. Box 448
      Smyrna, DE 19977

    PLEASE TAKE NOTICE that the attached Motion for Sanctions Pursuant to Rule 37(d)(1) of the Federal Rules of Civil Procedure for consideration by the Court at the Court's convenience.

                                                **PARKOWSKI, GUERKE & SWAYZE, P.A.**


                                                _____
                                                MICHAEL W. ARRINGTON, ESQUIRE (#3603)
                                                800 King Street, Suite 203
                                                Wilmington, DE  19801
                                                (302) 654-3300
                                                *Attorneys for Defendant*

DATED:  March 21, 2006