UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. KAMARA, | ) |
| | ) C.A. No. 04-705 JJF |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL FUNDING, LLC, a Limited Liability Company of the State of New York, | ) |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Sanction and Plaintiff's response, if any,

IT IS HEREBY ORDERED this ____ day _____, 2006, that

A. Plaintiff shall reimburse Defendant $475.00 in fees and costs, payable to "Parkowski, Guerke & Swayze, P.A." at 800 King Street, Suite 203, Wilmington, DE 19801, within 30 days of the Order;

B. Plaintiff is ordered to appear in the offices of Parkowski, Guerke & Swayze, P.A., 800 King Street, Suite 203, Wilmington, DE 19801, at 9:00 a.m. on April 24, 2006, for oral deposition recorded by stenographic means under the February 16, 2006 Notice of Deposition *Duces Tecum* ;

C. _____

IT IS SO ORDERED.

                                                Honorable Joseph J. Farnan, Jr.
                                                Judge