UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. KAMARA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL FUNDING, LLC, a Limited Liability Company of the State of New York,<br><br>　　　　　Defendant. | C.A. No. 04-705 JJF |

## CERTIFICATE OF SERVICE

I, MICHAEL W. ARRINGTON, hereby certify that on this 21st day of March, A.D., 2006, two true and correct copies of the attached Motion for Sanctions were mailed, postage prepaid, to the following individual:

　　James M. Kamara
　　P.O. Box 448
　　Smyrna, DE 19977

　　　　　　　　　　　　　　　　　　**PARKOWSKI, GUERKE & SWAYZE, P.A.**

　　　*/s/ Michael W. Arrington*
　　　MICHAEL W. ARRINGTON, ESQUIRE (#3603)
　　　800 King Street, Suite 203
　　　Wilmington, DE 19801
　　　(302) 654-3300
　　　*Attorneys for Defendant*