IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES KAMARA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-705 JJF |
| MICHAEL FUNDING LLC, | : |
| Defendant. | : |

### MEMORANDUM ORDER

Pending before the Court is Defendant's Motion To Compel (D.I. 37). Plaintiff has not filed an answer to the motion. In its motion, Defendant details its efforts to have Plaintiff appropriately respond to the requested discovery without success. Based on the record set forth in Defendant's motion papers, the Court will grant the motion and require Plaintiff to provide the requested discovery no later than April 7, 2006.

IT IS HEREBY ORDERED that Defendant's Motion To Compel (D.I. 37) is **GRANTED**. Counsel for Defendant shall submit the attorneys' fees incurred in presenting the instant motion for the Court to consider in assessing an award of fees against Plaintiff.

March 24, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE