UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. KAMARA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL FUNDING, LLC, a Limited Liability ) <br> Company of the State of New York, ) <br> ) <br> Defendant. ) | C.A. No. 04-705 JJF |

### AFFIDAVIT OF MICHAEL W. ARRINGTON

STATE OF DELAWARE      )
                                            ) ss
COUNTY OF NEW CASTLE )

BE IT REMEMBERED, that on this 31st day of March, A.D., 2006, personally appeared before me, a Notary Public for the state and county aforesaid, MICHAEL W. ARRINGTON, personally known to me to be such, who deposes and says as follows:

1. He is a member of the Bar of the Supreme Court of Delaware and is the managing member of the Wilmington office of Parkowski, Guerke & Swayze, P.A. He makes this application pursuant to the March 24, 2006, Order of the Honorable Joseph J. Farnan, Jr. on Defendant's Motion to Compel.

2. He represents Defendant, Michael Funding, LLC, in the above-captioned matter at the rate of $325.00 per hour.

3. On February 28, 2006 and March 1, 2006, he spent 1.00 hours in preparation and filing of the Motion to Compel and exhibits. The total expense incurred by the Respondent on the preparation of the Motion to Compel exclusively is $325.00.

4. Defendant is liable for all amounts owed.

5. Other relevant factors under DLRPC 1.5 include:

   a. The time was utilized efficiently as he attempted to obtain compliance without filing of the motion;

   b. Plaintiff was aware that failure to comply would require a motion that would preclude other employment by him during such time;

   c. The fee is similar to that customarily charged in the jurisdiction;

   d. The total time spent on good faith efforts and communications with Plaintiff was three times the amount of time requested in this affidavit;

   e. Defendant has a two-year history with him on this matter.

6. He submits this application for attorney's fees and costs in the total amount of $325.00.

_____
MICHAEL W. ARRINGTON

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public

DEANNA A. STANLEY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 5, 2007