UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. KAMARA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL FUNDING, LLC, a Limited Liability Company of the State of New York,<br><br>Defendant. | )<br>)<br>) C.A. No. 04-705 JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF MOTION**

TO:   James M. Kamara
       P.O. Box 448
       Smyrna, DE 19977

   PLEASE TAKE NOTICE that the attached Application for Attorney's Fees Pursuant to the March 24, 2006 Order of the Court is hereby presented for consideration at the Court's convenience.

                                                                **PARKOWSKI, GUERKE & SWAYZE, P.A.**


                                                                _____
                                                                MICHAEL W. ARRINGTON, ESQUIRE (#3603)
                                                                800 King Street, Suite 203
                                                                Wilmington, DE  19801
                                                                (302) 654-3300
                                                                *Attorneys for Defendant*

DATED:  March 31, 2006