UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. KAMARA, ) | |
| ) | C.A. No. 04-705 JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL FUNDING, LLC, a Limited Liability ) | |
| Company of the State of New York, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

HAVING CONSIDERED the Affidavit of Defendant's counsel for attorney's fees pursuant to this Court's Order of March 24, 2006,

IT IS HEREBY ORDERED that Plaintiff shall pay to Defendant the sum of $325.00 within _____ days of this Order.

 

Honorable Joseph J. Farnan, Jr.
Judge

cc:   James M. Kamara