UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| JAMES M. KAMARA, | ) | |
| | ) | C.A. No. 04-705 JJF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL FUNDING, LLC, a Limited Liability Company of the State of New York, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, MICHAEL W. ARRINGTON, ESQUIRE, hereby certify that on the 31st day of March,

A.D. 2006 a true and correct copy of the Application for Attorney's Fees was sent by first class

mail to the following opposing party:

James M. Kamara
PO Box 448
Smyrna, DE  19977

**PARKOWSKI, GUERKE & SWAYZE, P.A.**

            /s/Michael W. Arrington (#3603)
MICHAEL W. ARRINGTON, ESQUIRE (#3603)
800 King Street, Suite 203
Wilmington, DE  19801
(302) 654-3300
*Attorneys for Plaintiff*