IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**JAMES M.KAMARA**

    Plaintiff,

                                                                C.A. No.04-705JJF

V.

**MICHAEL FUNDING, LLC,** a Limited Liability
Company of the State of New York,

    Defendant



## Plaintiff answer to Defendant's Interrogatories

COMES NOW the Plaintiff, James M .Kamara, and answers the Defendant Set of Interrogatories as follows:

### INTERROGATORIES

### INTERROGATORY NO. 1

**State all facts supporting your allegation that the loan violates federal banking laws governing the rate of interest on loans, discounts and purchases in 12 U.S.C 85.**

### RESPONSE

**1. The loan amount and the monthly payments for my personal resident, the three other properties and all the other fees that you added to the loan as reflected in the monthly statement violates banking laws governing the rates of interest on loans, discounts and purchases as reflected in my loans documents.**

2. The contract purchase price for my personal resident was $ 65,000; Michael Funding is requesting a monthly payment reflecting on a $ 232,000 loan amount. This exceeds the permissible rate on the mortgage.

3. Michael Funding has refused to separate my personal resident loan from the three other properties that were group together in one loan package as promise before I got the loan.

**4. Loan Document were withheld from me. There were hidden fees that affect the rate of interest , which   violated federal  banking laws.**

IF YOU HAVE ANY SUPPORTING EVDIENCE THAT THIS ALLEGATION IS NOT TRUE PLEASE SEND ME  THE  EVDIENCE  FROM YOUR LOAN DOCUMENTS

### INTERROGATORIES NO.2

State all facts supporting your allegation that the loan violates 12 U.S.C 2610

### RESPONSE:

1. Michael added fees to my loan the were not disclosed to me:

Loan amount
Estimate of Settlement Costs" disclosure form.
 Closing expenses and settlement charges  The appraisal fee,
The credit report fee,
 Underwriting fee
, The yield spread premium to any mortgage broker involved,
The courier fee,
 Processing fee,
 Wiring fee,
 Prorated interest
Mortgage insurance Premium
 Hazard insurance premium,
 Settlement or closing fee,
Document preparation
 Title insurance,
Lenders title insurance fee,
 Recording fees,
 City and county tax stamps or state tax stamps.
Legal  fees
Inspection fees

2. Michael Funding has refused to separate my personal resident loan from the three other properties  that were group together in one loan package as promise before  I got the loan.

3. The contract purchase price for my personal resident was $ 65,000; Michael Funding is requesting a monthly payment reflecting on a $ 232,000 loan amount. This exceeds the permissible rate. Michael Funding has refused.

The monthly payment on this loan exceeds the rate on the loan.

4. I was not given all the facts relating to this loan by Michael ,s Funding Representative ANTHONY.

IF YOU HAVE ANY SUPPORTING EVDIENCE THAT THIS ALLEGATION IS NOT TRUE PLEASE SEND ME THE EVDIENCE FROM YOUR LOAN DOCUMENTS

### INTERROGATORY NO. 3

State all facts supporting your allegation that the loan exceeds the permissible interest rate.

### RESPONSE:

1. The contract purchase price for my personal resident was $ 65,000; Michael Funding is requesting a monthly payment reflecting on a $ 232,000 loan amount. This exceeds the permissible rate. Michael Funding has refused to separate my personal resident loan from the three other properties that were group together in one loan package as promise before I got the loan. Before the settlement, It was agreed upon by the lender and the lender's representative Anthony that my personal resident will be separated from the other three properties that were group together with my personal resident after the settlement.

2. The loan amount and the interest rate is a reflection of the monthly payment. The monthly payment on this loan indicate that the loan exceeds the interest rate. This ia a fact**. If you can prove this is not true, I will withdraw my case against Michael Funding**

3. There were hidden fees that affected the monthly payments.

IF YOU HAVE ANY SUPPORTING EVDIENCE THAT THIS ALLEGATION IS NOT TRUE PLEASE SEND ME THE EVDIENCE FROM YOUR LOAN DOCUMENTS

### INTERROGATORIES NO. 4

State all facts supporting your allegation that the loan has acceleration fees that violate federal law.

### RESPONSE:

1. **Michael has refused to disclosure all the fees that have been added to the loan.** There **WERE  HIDDEN ACCELERATION** loan  fees. The interest rate that was quoted and the monthly pay and the monthly statements do not reflect the loan amount . We have requested a disclosure of all the fees.  Again if you feel this loan was note inflated provide us the documents that you are hiding from me. Michael Funding has refused to separate my personal resident loan from the three other  properties  that were group together in one loan package as promise before  I got the loan.

2. The contract purchase price for my personal resident was $ 65,000; Michael Funding is requesting a monthly payment reflecting on a $ 232,000 loan amount. This exceeds the permissible rate.

3. The loan acceleration fees affected my monthly payments.

IF YOU HAVE ANY SUPPORTING EVDIENCE THAT THIS ALLEGATION IS NOT TRUE PLEASE SEND ME  THE  EVDIENCE  FROM YOUR LOAN DOCUMENTS.

JAMES M.KAMARA
P.O.Box 448, Smyrna
Delaware 19977
302-632-6920

DATED : April 10, 2006

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JAMES M.KAMARA

    Plaintiff,

                C.A. No.04-705JJF

V.

MICHAEL FUNDING, LLC, a Limited Liability
Company of the State of New York,

    Defendant

## CERTIFICATEOF SERVICE

I JAMES M.KAMARA, HEREBY CERTIFY that on this 10 day of April 2006, a true correct copy of Plaintiffs Answers to set of Interrogatories directed to the Defendant was served upon the opposing party by the following:

**First Class Mail, Postage Prepaid**

**Michael W.Arrington**
**800 King Street, Suite 203**
**Wilmington DE 19801**

                              JAMES M.KAMARA
                              P.O.Box 448, Smyrna
                              Delaware 19977
                              302-632-6920o