## DISTRICT OF DELAWARE

**JAMES M.KAMARA**

  **PLAINTIFF,**

  **V.**

C.A. No.04-705JJF

**MICHAEL FUNDING, LLC, A LIMITED LIABILITY COMPANY OF THE STATE OF NEW YORK,**

  **DEFENDANT**

### PLAINTIFF JAMES M KAMARA MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS

COMES NOW THE PLAINTIFF, James M. Kamara , hereby request this Honorable court for an Order compelling the Defendant ,Michael Funding LLC, to produce documents as requested in the Plaintiff's REQUEST FOR PRODUCTION OF DOCUMENTS Dated December 19, 2005. Together with an award of Plaintiff's legal fees of $ 500, 00 in connection with this motion.

The Plaintiff  In support of this motion,   states as follows:

1.      On August 6, 2004  Plaintiff served the Defendant  Michael  Funding  , Plaintiff 's request for production of Documents.  Defendant failed  to produce the Documents.

2.      On October  28, 2004     Plaintiff served the Defendant  Michael  Funding  , Plaintiff 's request for production of Documents.  Defendant failed  to produce the Documents.

3.      On  December 19,2005  Plaintiff served the Defendant  Michael  Funding  **, Plaintiff' 's request for production of Documents**. On March 1, 2006 Defendant  Responded but failed to produce the  following documents that  support  my allegation that the loan violates Federal and Banking laws governing the rate of interest  on loan, discounts and purchasing and Loan  exceeds the permissible interest rate and loan has  inflated acceleration fees that violate federal laws in 12  U.S.C . 85,  2610   .

4.      The Defendant's refusal to provide the documents requested is a continued abused of our legal system.  All I am requesting  is  for the Defendant to  produce all  the **loan documents** in their possession relating James M.Kamara or J.M.Kamara Management Co, From

January1,1996 to December 30, 2002..  Listed below are the documents in the Defendant's possession  and  refused to produce.

1. The amount of the monthly payment based on the mortgage amount of $232,000 @ 16% annum. Between J.M. Kamara or  J.M.Kamara Management  Co.
2. The documents which states why the interest rate is 16%, not 10, 13 15, 14 %?  What documents show that the rate quoted was 16%?
3. The agreement of sale
4. Copy of the check for the down payment
5. Copy of the Hazard Insurance
6. Seller's reaffirmation
7. Compliance/document correction agreement
8. Truth in lending disclosure statement
9. List of itemization of amount financed
10. Notification of underwriting approval and closing conditions
11. Loan application
12. Lender's certification
13. Borrower's certification & authorization
14. Borrower's Authorization to release information
15. Signature/Name Affidavit
16. Tax information Authorization
17. Signature of  tax payer on the loan
18. Form 8821 for corporation
19. Initial escrow account disclosure statement
20. Settlement statements
21. Interest rate and monthly payment statements
22. All documents evidencing any loan between Defendant in his individual capacity and Plaintiff.
23. All Documents and papers which Defendant which to introduce at trial.
24. All documents which Defendant intends to introduce at trial
25. All documents related to the Money Store case in the position of Defendant
26. All correspondence between Defendant  James M.Kamara or  J.M.Kamara Management,Co and the Plaintiff from August 1,1998 to December 1, 2002.
27. All Documents related to foreclosure proceeding by Defendant against the Plaintiff.
28. All Documents evidencing payments for loan dated January 1,1996 to December 30, 2002, Between James M. Kamara / J.M. Kamara Management Co., and the Defendant.
29. Any information including Names, Addresses and contact information of all the Defendant's witnesses.
30. Any information, Documents including Names, Addresses and contact information of all the lawyers, and  persons who the defendant have given information to relating to James M.Kamara/ J, M, Kamara Management Co.
31. Names, addresses, positions and contact telephone numbers of all the Employees of Michael Funding, LLC have had an involvement with loan process relating to James. M.Kamara/J.M.Kamara Management, including their involvement.

32. Names of all that process  any loan  relating to James M.Kamara/ J.M.Kamara Management, Co., between January 1, 1996 to James M.Kamara/ J.M.Kamara Management, Co.,

The undersigned hereby certifies that multiple good faith efforts were made to obtain the documents but the defendant refusal  compel me  to request this honorable  court for an order to compel the Defendant .

WHEREFORE, Plaintiff respectfully requests that the court issue an order compelling Defendant to produce the required  Documents and to direct the Defendant  to pay Plaintiff's legal fees$500.00 in connection with this motion.


JAMES M.KAMARA
P.O.BOX 448, SMYRNA DE 19977
302-632-6920

DATED : April 24, 2006

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

---

**JAMES M.KAMARA**

   PLAINTIFF,


                                        C.A. No.04-705JJF

   V.

**MICHAEL FUNDING, LLC, A LIMITED LIABILITY**
**COMPANY OF THE STATE OF NEW YORK,**

      DEFENDANT

# CERTIFICATE OF SERVICE


I, James M. Kamara, hereby certify that on the 25th day of April  2006. A true copy was served upon the defendant by the following means:


Prepaid postage
_____

| |
| --- |
| Michael Funding,LLC |
| C/O  Michael W. Arrington, Esquire |
| 800 King Street, Suite 203 |
| Wilmington, DE 19801 |


                              JAMES M.KAMARA
                    P.O.BOX 448, SMYRNA DE 19977
                              302-632-6920