LAW OFFICES

# PARKOWSKI, GUERKE & SWAYZE

PROFESSIONAL ASSOCIATION

800 KING STREET, SUITE 203
P.O. BOX 369
WILMINGTON, DELAWARE 19801
302-654-3300
FAX: 302-654-3033

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

DOVER OFFICE
116 W. WATER STREET
PO BOX 598
DOVER, DE 19903-0598
302-678-3262
FAX: 302-678-9415

WRITER'S DIRECT DIAL:
(302) 594-3333

August 10, 2004

James M. Kamara
164 S. Main Street
Smyrna, DE 19977

    RE:    *Kamara v. Michael Funding, LLC*
            *Civil Action No. 04-705 (JJF)*
            *Discovery Issues*

Dear Mr. Kamara:

We represent Michael Funding, LLC, in the above-captioned action that you filed in the United States District Court for the District of Delaware. We received your "Plaintiff's Request for Production of Documents" dated August 6, 2004 and are returning the same as it is in violation of Rule 26(d) of the Federal Rules of Civil Procedure.

If you desire to conduct discovery prior to time permitted under the rules, please contact me at our Wilmington office as noted above to arrange for a Rule 26(f) conference of the parties. We further will await your required Rule 26(a) initial disclosures prior to conducting further discovery.

                                        Yours very truly,

                                        MICHAEL W. ARRINGTON

MWA:s
Enclosures (2)
cc:    Michael Funding, LLC
*f:\apps\wpdocs\mwa\michael funding\kamara10.doc*