LAW OFFICES

# PARKOWSKI, GUERKE & SWAYZE

PROFESSIONAL ASSOCIATION

800 KING STREET, SUITE 203
WILMINGTON, DELAWARE 19801
302-654-3300
FAX: 302-654-3033

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

WRITER'S DIRECT DIAL:
(302) 594-3333

DOVER OFFICE
116 W. WATER STREET
PO BOX 598
DOVER, DE  19903-0598
302-678-3262
FAX: 302-678-9415

November 1, 2004

James M. Kamara
164 S. Main Street
Smyrna, DE  19977

RE:   Kamara v. Michael Funding, LLC
      Civil Action No. 04-705 (JJF)

Dear Mr. Kamara:

Your requests for production of documents and your handwritten edits to the draft scheduling order were received this morning. The scheduling order was sent to the Court on October 20, 2004 in the absence of any response from you. We are not agreeable to extending the timeframes. Your request for production of documents does not conform with the Court rules and we will not be providing any response to you until a proper document is served.

As we discussed last week, you have yet to provide the required Rule 26(a) initial disclosures. Further, you are aware that the loan in question was a commercial loan not subject to any of the laws upon which you rely. We will allow you until November 8, 2004, to return the enclosed stipulation of dismissal signed by you for filing with the Court. If you choose to proceed, we will be seeking attorneys fees and costs in the range of $4,000.00.

We await your reply.

Yours very truly,

MICHAEL W. ARRINGTON

MWA:s
Enclosure
cc:     Michael Funding, LLC

f:\apps\wpdocs\mwa\michael funding\kamara12.doc