UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. KAMARA, ) | |
| ) | C.A. No. 04-705 JJF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL FUNDING, LLC, a Limited Liability ) | |
| Company of the State of New York, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Sanctions and Defendant's response thereto, together with Defendant's request for Sanctions,

IT IS HEREBY ORDERED this _____ day _____, 2006, that

A. Plaintiff's Motion is DENIED

B. Plaintiff shall reimburse Defendant for attorney's fees and electronic filing costs, payable to "Parkowski, Guerke & Swayze, P.A." at 800 King Street, Suite 203, Wilmington, DE 19801, within 30 days of the Order;

C. _____

IT IS SO ORDERED.

                                                                     Honorable Joseph J. Farnan, Jr.
                                                                              Judge