UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES M. KAMARA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL FUNDING, LLC, a Limited Liability )<br>Company of the State of New York, )<br>)<br>Defendant. )<br>) | C.A. No. 04-705 JJF |

### CERTIFICATE OF SERVICE

I, MICHAEL W. ARRINGTON, ESQUIRE, hereby certify that on the 27th day of April, A.D. 2006 a true and correct copy of the Response Motion to Compel was sent by first class mail to the following opposing party:

James M. Kamara
PO Box 448
Smyrna, DE 19977

**PARKOWSKI, GUERKE & SWAYZE, P.A.**

  /s/Michael W. Arrington (#3603)  
MICHAEL W. ARRINGTON, ESQUIRE (#3603)
800 King Street, Suite 203
Wilmington, DE 19801
(302) 654-3300
*Attorneys for Defendant*