```
              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF DELAWARE


JAMES KAMARA                   :
                               :
         Plaintiff,            :
                               :
    v.                         : Civil Action No. 04-705-JJF
                               :
MICHAEL FUNDING LLC,           :
                               :
         Defendant.            :
```

## O R D E R

WHEREAS, the Court held a post-discovery hearing in this matter on Thursday, May 4, 2006;

WHEREAS, Plaintiff did not appear at the May 4 post-discovery hearing;

WHEREAS, Plaintiff filed a Motion To Compel Defendant To Produce Documents (D.I. 43);

WHEREAS, Defendant filed a Motion For Sanctions Pursuant To Rule 37(d)(1) (D.I. 39) requesting attorney's fees and costs incurred in connection with a scheduled deposition of Plaintiff at which Plaintiff failed to appear;

WHEREAS, Defendant filed a Motion To Compel Plaintiff's Answers To Interrogatories And Rule 26(a) Initial Disclosures (D.I. 37) in which Defendant requested attorney's fees incurred in connection with the Motion;

WHEREAS, at the hearing on May 4, Defendant orally moved the Court to dismiss Plaintiff's Complaint (D.I. 1) for failure to prosecute;

NOW THEREFORE, IT IS HEREBY ORDERED that, for the reasons stated on the record at the May 4, 2006 post-discovery hearing:

1. Plaintiff's Motion To Compel Defendant To Produce Documents (D.I. 43) is **DENIED**;

2. Defendant's Motions for attorney's fees and costs (D.I. 37, 39) are **GRANTED**;

3. Within **thirty (30)** days of the date of this Order, Plaintiff shall pay to Defendant $675.00, payable to PARKOWSKI, GUERKE & SWAYZE, P.A., at 800 King Street, Suite 203, Wilmington, DE, 19801;

4. Defendant's oral Motion To Dismiss Plaintiff's Complaint (D.I. 1) is **GRANTED**.


May 9, 2006
DATE

UNITED STATES DISTRICT JUDGE